CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 22 2020

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION
OCTOBER 2020 SESSION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No.: 7:20CR65 |
| | : | |
| v. | : | **SEALED INDICTMENT** |
| | : | |
| MARCOS ALEJANDRO OLIVERA LEON | : | In violation of: |
| | : | 18 U.S.C. § 1029(a)(2) |
| | : | 18 U.S.C. § 1028A |
| | : | 18 U.S.C. § 2 |

### COUNT ONE
*(Access Device Fraud: Use of Unauthorized Devices)*

The Grand Jury charges:

1. That between on or about May 22, 2018, and August 3, 2018, in the Western District of Virginia, the defendant, MARCOS ALEJANDRO OLIVERA LEON, as a principal and as an aider and abettor, knowingly and with the intent to defraud, used one or more unauthorized access devices, during any one year period, and by such conduct obtained anything of value aggregating $1,000.00 or more during that period, and said transactions affected interstate and foreign commerce.

2. All in violation of Title 18 United States Code Sections 2 and 1029(a)(2) and (c)(1)(A)(i).

### COUNTS 2 THROUGH 5
*(Aggravated Identity Theft)*

The Grand Jury further charges that:

1. On or about the dates listed below, in the Western District of Virginia, the defendant, MARCOS ALEJANDRO OLIVERA LEON, did knowingly and with the intent to defraud, transfer and possess and use, without lawful authority, a means of identification of another person, belonging to the victims identified by their initials below, during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), to wit: Access Device Fraud, in violation of Title 18 U.S.C. § 1029 and as set forth in Count 1 of this Indictment, knowing that the means of identification belonged to another actual person.

| Count | Date | Victim | Victim's Bank | Last Four Card No. | Location(s) Used |
|---|---|---|---|---|---|
| 2 | 5/31/2018 | N.M.R. | Member One | 3779 | Wal-Mart (Challenger) Kroger (V. Gateway) |
| 3 | 6/1/2018 | D.E.M. | Freedom First | 1788 | Kroger (Williamson) Wal-Mart (Clearbrook) |
| 4 | 6/1/2018 | B.M.D. | Freedom First | 1690 | Wal-Mart (Clearbrook) Kroger (Williamson) Kroger (Brambleton) Kroger (V. Gateway) |
| 5 | 7/27/2018 | V.S. | Wells Fargo | 8404 | Wal-Mart (Clearbrook) Kroger (V. Gateway) Kroger (Williamson) |

2. All in violation of Title 18, United States Code Section 1028A(a)(1).

## NOTICE OF FORFEITURE

1. Upon conviction of one or more of the felony offenses alleged in this Indictment, violation of 18 U.S.C. §1029, the defendant MARCOS ALEJANDRO OLIVERA LEON, shall forfeit to the United States of America:

>    a. any property constituting, or derived from, any proceeds obtained directly or indirectly, as a result of said offenses, pursuant to Title 18, United States Code, Section 982(a)(2)(A) and (B).

  b. any personal property used or intend to be used to commit a violation of 18 U.S.C. § 1029, pursuant to 18 U.S.C. § 1029 (c)(2) and 21 U.S.C. § 853(a)(2).

2. If any of the above-described forfeitable property, as a result of any act or omission of the defendant: described above, as a result of any act or omission of the defendants:

  a. cannot be located upon the exercise of due diligence;
  b. has been transferred or sold to, or deposited with, a third person;
  c. has been placed beyond the jurisdiction of the Court;
  d. has been substantially diminished in value; or
  e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States to seek forfeiture of any other property of the defendant up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. § 853(p).

A TRUE BILL this 22nd day of October, 2020.

s/Grand Jury Foreperson
FOREPERSON

For DANIEL P. BUBAR
ACTING UNITED STATES ATTORNEY

3