AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Western District of Virginia

| | | |
|---|---|---|
| United States of America<br>v.<br><br>Marcos Alejandro Olivera Leon<br><br>*Defendant* | ) ) ) ) ) ) ) | Case No. 7:20-cr-00065 |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Marcos Alejandro Olivera Leon,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18:1029A.F
18:1028A.F
18:1028A.F
18:1028A.F

Date: 01/14/2021

*Robert S. Ballou*

*Issuing officer's signature*

City and state: Roanoke, VA

Robert S. Ballou, United States Magistrate Judge

*Printed name and title*

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*