IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
RONAOKE DIVISION

United States of America

      v.                              Docket No. 7:20-CR-65-EKD

Marcos Alejandro Olivera Leon

**Defendant's Motion to Order Probation to Provide Copy of Presentence Report**

      Mr. Leon moves the Court to order the United States Probation Office to provide a copy of his presentence report from his case in the Northern District of Mississippi, 3:19-CR-68. There, Mr. Leon plead guilty to one count of conspiracy for engaging in conduct that may be a part of the same conspiracy at issue in the case in this district. Mr. Leon would need access to that report to potentially challenge whether the government's current charges would violate his right to be free from double jeopardy. Probation cannot provide presentence reports without a court order.

      Respectfully submitted,

                                          /s/ Benjamin Schiffelbein
                                        Assistant Federal Public Defender
                                        NH Bar No. 267593
                                        210 First Street, Ste 400
                                        Roanoke VA 24011
                                        Benjamin_Schiffelbein@fd.org