AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Western District of Virginia

Received
U.S. Marshals Service
Roanoke, VA
2:25 pm, Jan 14 2021

| United States of America | ) | |
| v. | ) | Case No.    7:20-cr-00065 |
| | ) | |
| | ) | |
| Marcos Alejandro Olivera Leon | ) | |
| | ) | |
| _____ | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Marcos Alejandro Olivera Leon                                                          ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18:1029A.F
18:1028A.F
18:1028A.F
18:1028A.F

Date:    01/14/2021                          *Robert S. Ballou*
                                        _____
                                        *Issuing officer's signature*

City and state:    Roanoke, VA              Robert S. Ballou, United States Magistrate Judge
                                        *Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)*   01/14/2021   , and the person was arrested on *(date)*   05/02/2022   at *(city and state)*   Camden, New Jersey   . |
| Date:   11/03/2022        CLIFFORD HELTON  Digitally signed by CLIFFORD HELTON Date: 2022.11.03 09:33:56 -04'00'  _____  *Arresting officer's signature*  Deputy Marshal C. Helton For The District of New Jersey  *Printed name and title* |