UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Case No. 7:20-CR-65 |
| | : |
| MARCOS A. OLIVERA LEON | : |

### AGREED STATEMENT OF FACTS

This Agreed Statement of Facts between the United States and the Defendant, Marcos Alejandro Olivera Leon, briefly summarizes the facts and circumstances surrounding the criminal conduct at issue in this case. It does not contain all of the information obtained during the investigation and applicable to an accurate Presentence Investigation Report and Sentencing Guidelines Calculation. The Agreed Statement of Facts is not protected by proffer agreement or any other agreement, and shall be wholly admissible at trial notwithstanding any rules or statutes to the contrary, including but not limited to, Federal Rules of Evidence 408 and 410 and Federal Rule of Criminal Procedure 11.

Beginning in May 2018, the Roanoke County Police Department and multiple law enforcement agencies in the Western District of Virginia, along with law enforcement agencies in nearby states, launched an investigation into reports of credit card fraud occurring at local retail stores. The victims reported finding unauthorized charges on their bank statements despite the fact they still possessed their debit cards.

In concert with bank investigators, law enforcement was able to determine that many of the victims had used their cards at Shell gas stations in Roanoke County and Roanoke City. Det. Betsy Van Patten with the Roanoke County Police Department located broken seals on the gas pumps at two Shell stations, indicating to her, that the area had been the target of a "gas pump

skimming" scam. Through her investigation, it was discovered that between May 2018 and August 2018, Marcos Alejandro Olivera Leon, and others, worked together to facilitate such a scam, which involved inserting a skimming device into the card reader at gas pumps. This device would then capture the customer's bank account information when they inserted their bank card into the card reader. Once this information was retrieved from the skimming device, Leon's associates would load the stolen bank account information on to cards with a magnetic strip. Leon, and others, would then use these re-encoded cards to purchase things of value, such as gift cards.

In February 2019, Leon was arrested in Mississippi for conducting fraudulent transactions in connection with a similar scheme. On March 19, 2019, Det. Van Patten interviewed Leon and he admitted to participating in the gas pump skimming scheme in Virginia and identified himself in photographs associated with several fraudulent transactions. Two of these transactions occurred on May 31, 2018, and involved the use of victim N.M.R.'s Member One bank account information at a Wal-Mart and Kroger in Roanoke, Virginia.

In sum, Leon obtained $1,000 or more using unauthorized access devices and his conduct affected interstate commerce. Additionally, in perpetrating this scheme, Leon knowingly possessed and used the means of identification of victim N.M.R., and other actual persons, without lawful authority (i.e., their permission), during and in relation to committing access device fraud, in violation of 18 U.S.C. §§ 1029 (a)(2) and (c)(1)(A)(i).

All of the above-described events occurred within the Western District of Virginia.

SEEN AND AGREED:

_____
M. Coleman Adams
Assistant United States Attorney

I have reviewed the above Agreed Statement of Facts with my attorney and I agree that it is true and accurate.

Date: 5 / 15 / 2023

_____
Marcos Alejandro Olivera Leon, Defendant

_____
Benjamin M. Schiffelbein, Esq.
Counsel for Defendant

3