AO 245D   (Rev. 09/19 - VAW Additions 08/22) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
## Western District of Virginia

CLERK'S OFFICE
U.S. DISTRICT COURT
AT ROANOKE, VIRGINIA
FILED
December 03, 2024
Laura A. Austin, Clerk
By: s/ Kelly Anglim
Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>MARCOS ALEJANDRO OLIVERA LEON | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Case Number:  DVAW720CR000065-001<br>Case Number:<br>USM Number:  18744-042<br><br>Nia Vidal, FPD<br>Defendant's Attorney |

**THE DEFENDANT:**

[X]  admitted guilt to violation of condition(s) ___as listed below___ of the term of supervision.

[ ]  was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Mandatory Condition #4 | The defendant provided a urine screen which tested positive for marijuana. The specimen was subsequently confirmed positive by Alere Toxicology Services. | 5/20/2024 |
| Standard Condition #3 | The defendant failed to report to the Florida probation office on June 4, 2024 as instructed. Subsequent attempts were made to contact him over the phone and at his home, but they were all unsuccessful, | 8/24/2024 |

The defendant is sentenced as provided in pages 2 through ___3___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No:   8273

Defendant's Year of Birth:   1990

City and State of Defendant's Residence:
Denville Township, New Jersey

11/26/2024
Date of Imposition of Judgment

/s/ Elizabeth K. Dillan
Signature of Judge

Elizabeth K. Dillon, Chief United States District Judge
Name and Title of Judge

12/3/2024
Date

AO 245D    (Rev. 09/19 - VAW Additions 08/22) Judgment in a Criminal Case for Revocations
           Sheet 1 A

DEFENDANT: MARCOS ALEJANDRO OLIVERA LEON  
CASE NUMBER: DVAW720CR000065-001

Judgment-Page __2__ of __3__

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Standard Condition #3 | The defendant was authorized to reside within the Southern District of Florida. When arrested for this revocation, he was in Denville Township, New Jersey. He was never given authorization to leave the Southern District of Florida. | 8/24/2024 |

DEFENDANT: MARCOS ALEJANDRO OLIVERA LEON
CASE NUMBER: DVAW720CR000065-001

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

Six (6) months as to each of counts 1 and 2, to be served concurrently.

☒ The court makes the following recommendations to the Bureau of Prisons:

1) The defendant be designated by the Bureau of Prisons to FCI Fort Dix to be close to his family in New Jersey.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m. on _____

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before _____ on _____

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

a _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL